```
 1 │ Charles H. Kanter, Bar No. 071410
   │ ckanter@ptwww.com
 2 │ Elise L. Enomoto, Bar No. 204075
   │ eenomoto@ptwww.com
 3 │ Erica M. Sorosky, Bar No. 251314
   │ esorosky@ptwww.com
 4 │ PALMIERI, TYLER, WIENER, WILHELM & WALDRON LLP
   │ 2603 Main Street
 5 │ East Tower - Suite 1300
   │ Irvine, California 92614-4281
 6 │ Telephone:  (949) 851-9400
   │ Facsimile:  (949) 757-1225
 7 │
   │ Attorneys for Defendants Foamtec (Singapore) Pte.
 8 │ Ltd. and Foamex Asia Ltd.
 9 │                 UNITED STATES DISTRICT COURT
10 │      CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION
11 │
12 │ Advanced Materials Group, Inc., a Nevada )  Case No.  SACV08-00043 JVS (RNBx)
   │ Corporation,                             )
13 │                                          )  DEFENDANTS' OBJECTIONS TO
   │             Plaintiff,                   )  TRIAL TESTIMONY
14 │                                          )  DECLARATION OF ED SYBESMA
   │       vs.                                )
15 │                                          )  Trial Date: March 31, 2009
   │ Foamtec (Singapore) Pte. Ltd., a private )  Time:       8:30 a.m.
16 │ limited company incorporated in          )  Dept:       10-C
   │ Singapore; and Foamex Asia Ltd, a        )
17 │ private limited company incorporated in  )
   │ the Kingdom of Thailand and DOES 1       )
18 │ through 10, inclusive,                   )
   │                                          )
19 │             Defendants.                  )
   │                                          )
20 │
21 │      Defendants object to the following portions of the Trial Testimony Declaration of
22 │ Ed Sybesma:
23 │      Paragraph 9, lines 6-13 – The intention of the attorney involved in the drafting of
24 │ the Agreement is irrelevant, as is the attorney's personal interpretation of the meaning of
25 │ the Agreement.  Further, any statements regarding Hewlett Packard's ability to direct the
26 │ ///
27 │ ///
28 │
```

1  management and policies of alleged subcontractors lacks personal knowledge, lacks
2  foundation and calls for speculation.
3
4  Dated: March 23, 2009         PALMIERI, TYLER, WIENER,
                                  WILHELM & WALDRON LLP
5
6
7                                 By: _____/s/ Chas Kanter_____
                                  Charles H. Kanter
8                                 Attorneys for Defendants
                                  Foamtec (Singapore) Pte. Ltd. and
9                                 Foamex Asia Ltd.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28