Charles H. Kanter, Bar No. 071410
ckanter@ptwww.com
Elise L. Enomoto, Bar No. 204075
eenomoto@ptwww.com
Erica M. Sorosky, Bar No. 251314
esorosky@ptwww.com
PALMIERI, TYLER, WIENER, WILHELM & WALDRON LLP
2603 Main Street
East Tower - Suite 1300
Irvine, California 92614-4281
Telephone: (949) 851-9400
Facsimile: (949) 757-1225

Attorneys for Defendants Foamtec (Singapore) Pte. Ltd. and Foamex Asia Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Advanced Materials Group, Inc., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Foamtec (Singapore) Pte. Ltd., a private limited company incorporated in Singapore; and Foamex Asia Ltd, a private limited company incorporated in the Kingdom of Thailand and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. SACV08-00043 JVS (RNBx)<br><br>**DEFENDANTS' OBJECTIONS TO TRIAL TESTIMONY DECLARATION OF DAVE KALASH**<br><br>Trial Date: March 31, 2009<br>Time: 8:30 a.m.<br>Dept: 10-C |

Defendants object to the following portions of the Trial Testimony Declaration of Dave Kalash:

Paragraph 8 – Lack of personal knowledge, lack of foundation and speculation.

Paragraph 9 – The Agreement speaks for itself; lack of personal knowledge, lack of foundation and speculation.

Paragraph 10 – Irrelevant.

Paragraph 11 – Lack of personal knowledge, lack of foundation, speculation and irrelevant.

1   Paragraph 12 – Irrelevant.

2   Paragraph 13 – Lack of personal knowledge, lack of foundation, speculation, irrelevant, the Agreement speaks for itself with regard to its terms and how profit is calculated under the Agreement.

5   Paragraph 14 – Vague and ambiguous as to the meaning of the term "raw material"; irrelevant, lack of personal knowledge, lack of foundation and speculation.

7   Paragraph 15, page 5, lines 2-8 – Lack of personal knowledge, calls for expert opinion, lack of foundation and speculation. Also irrelevant in that declarant states only that his theory purportedly establishes a "likely" underreporting of sales but cannot establish that there has, in fact, been an underreporting of sales.

Dated: March 23, 2009

PALMIERI, TYLER, WIENER,
WILHELM & WALDRON LLP


By: _____
Charles H. Kanter
Attorneys for Defendants
Foamtec (Singapore) Pte. Ltd. and
Foamex Asia Ltd.

-2-   OBJECTIONS TO KALASH TRIAL TESTIMONY DECLARATION