1  Charles H. Kanter, Bar No. 071410
   ckanter@ptwww.com
2  Elise L. Enomoto, Bar No. 204075
   eenomoto@ptwww.com
3  Erica M. Sorosky, Bar No. 251314
   esorosky@ptwww.com
4  PALMIERI, TYLER, WIENER, WILHELM & WALDRON LLP
   2603 Main Street
5  East Tower - Suite 1300
   Irvine, California 92614-4281
6  Telephone: (949) 851-9400
   Facsimile: (949) 757-1225
7
   Attorneys for Defendants Foamtec (Singapore) Pte.
8  Ltd. and Foamex Asia Ltd.

9            UNITED STATES DISTRICT COURT

10        CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

11

12 | Advanced Materials Group, Inc., a Nevada ) Case No. SACV08-00043 JVS (RNBx)
   | Corporation,                             )
13 |                                          ) **DEFENDANTS' OBJECTIONS TO**
   |                Plaintiff,                ) **TRIAL TESTIMONY**
14 |                                          ) **DECLARATION OF STEVE SCOTT**
   |        vs.                               )
15 |                                          ) Trial Date: March 31, 2009
   | Foamtec (Singapore) Pte. Ltd., a private ) Time:       8:30 a.m.
16 | limited company incorporated in          ) Dept:       10-C
   | Singapore; and Foamex Asia Ltd, a        )
17 | private limited company incorporated in  )
   | the Kingdom of Thailand and DOES 1       )
18 | through 10, inclusive,                   )
   |                                          )
19 |                Defendants.               )
   |                                          )
20

21      Defendants object to the following portions of the Trial Testimony Declaration of

22 Steve Scott:

23      Paragraph 2 – Irrelevant.

24 ///

25 ///

26 ///

27 ///

28 ///

Palmieri, Tyler, Wiener
Wilhelm & Waldron LLP
Attorneys at Law

OBJECTIONS TO SCOTT TRIAL TESTIMONY
DECLARATION

1     Paragraph 9, page 6, line 27, through page 7, line 3 – Lack of personal
2 knowledge, lack of foundation, speculation.

4 Dated: March 23, 2009          PALMIERI, TYLER, WIENER,
                                          WILHELM & WALDRON LLP

By: _____
     Charles H. Kanter
     Attorneys for Defendants
     Foamtec (Singapore) Pte. Ltd. and
     Foamex Asia Ltd.