Law Offices of George S. Burns
George S. Burns (Bar No. 124507)
4100 MacArthur Boulevard, Suite 305
Newport Beach, CA 92660
Telephone: (949) 263-6777
Facsimile: (949) 263-6780

JS - 6

Attorneys for Plaintiff
Advanced Materials Group, Inc., a Nevada corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Advanced Materials Group, Inc., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Foamtec (Singapore) Pte. Ltd., a private limited company incorporated in Singapore; Foamex Asia Ltd., a private limited company incorporated in the Kingdom of Thailand and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO. SACV 08-43 JVS (RNBx)<br><br>**ORDER RE STIPULATION DISMISSING ACTION**<br><br>Trial Date: March 31, 2009 |

[PROPOSED] ORDER

1  **IT IS HEREBY ORDERED THAT** the above-entitled action is
2  dismissed with prejudice, each side to bear its own costs and attorneys
3  fees pursuant to stipulation by the parties.

5  Dated: November 13, 2009

_____

James V. Selna
Judge of the United States District Court